

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

## ORDER OF DISMISSAL

**THIS MATTER** is before the court on the Plaintiffs' Motion to Dismiss, without prejudice, the Plaintiffs identified in Exhibit "A", attached hereto. The court having considered the matter, and being otherwise advised finds that the motion is well taken and shall be sustained. It is, therefore,

**ORDERED AND ADJUDGED**, that the Plaintiffs, identified in Exhibit "A", attached hereto, are hereby dismissed, without prejudice.

**SO ORDERED**, this the 30th day of November 2005.

*/s/ Keith Starrett*
**UNITED STATES DISTRICT JUDGE**

SUBMITTED BY:

Shirley C. Byers (MSB # 8344)
One of the Attorneys for the Plaintiff
The Colom Law Firm, L.L.C.
P. O. Box 866
Columbus, MS 39703-0866
Telephone: 662/327-0903
Facsimile: 662/ 329-4832

d for Dismissal Without Prejudice

EXHIBIT A

| Civil Action Number | -KS-JMR | First | MI | Last | Sx |
|---|---|---|---|---|---|
| 2:05cv756 | -KS-JMR | Romana | M. | Backman | |
| 2:05cv768 | -KS-JMR | Adrian | | Barlow | |
| 2:05cv769 | -KS-JMR | Lavelle | | Barlow | |
| 2:05cv770 | -KS-JMR | Sonia | L. | Barlow | |
| 2:05cv776 | -KS-JMR | Jeannie | R. | Barnes | |
| 2:05cv779 | -KS-JMR | Jonothon | S. | Barnes | |
| 2:05cv780 | -KS-JMR | Marvin | C. | Barnes | |
| 2:05cv775 | KS-JMR | Corrine | | Barnes | |
| 2:05cv781 | KS-JMR | Ozell | | Barnes | |
| 2:05cv795 | -KS-JMR | Angela | | Berry | |
| 2:05cv797 | -KS-JMR | Juanita | T. | Bethley | |
| 2:05cv816 | -KS-JMR | Wendy | | Bolton | |
| 2:05cv822 | -KS-JMR | Carlton | F. | Bourne | |
| 2:05cv823 | -KS-JMR | Curtis | E. | Bourne | |
| 2:05cv824 | -KS-JMR | Flora | Stein | Bourne | |
| 2:05cv856 | KS-JMR | Johnny | Merle | Bridges | |
| 2:05cv2094 | KS-JMR | Vernon | Charles | Bridges | |
| 2:05cv861 | -KS-JMR | Cynthia | | Brooks | |
| 2:05cv863 | -KS-JMR | Joe | | Brooks | Jr. |
| 2:05cv877 | -KS-JMR | Bobbie | J. | Bullock | |
| 2:05cv884 | -KS-JMR | Archie | D. | Burton | |
| 2:05cv886 | -KS-JMR | Chasity | Dion | Campbell | |
| 2:05cv890 | -KS-JMR | Sonja | C. | Carr | |
| 2:05cv907 | -KS-JMR | Richard | | Clark | |
| 2:05cv953 | KS-JMR | Chansity | M. | Crowell | |
| 2:05cv954 | KS-JMR | Kenya | | Crowell | |
| 2:05cv957 | -KS-JMR | Latoya | N. | Curry | |
| 2:05cv958 | -KS-JMR | Loretta | | Curry | |
| 2:05cv959 | -KS-JMR | Mattie | | Curry | |
| 2:05cv967 | -KS-JMR | Tyrone | | Davis | |
| 2:05cv973 | KS-JMR | Terrell | Rashard | DeJarnett | |
| 2:05cv978 | -KS-JMR | Michael | A. | Dent | |
| 2:05cv979 | -KS-JMR | Theressa | | Dent | |
| 2:05cv991 | KS-JMR | Rodney | Janaro | Dozier | Jr. |
| 2:05cv994 | -KS-JMR | Aaron | De'Andre | Duckworth | |
| 2:05cv999 | -KS-JMR | Hattie | | Dupree | |

| Case Number | Judge | First Name | Middle | Last Name | Suffix |
|---|---|---|---|---|---|
| 2:05cv1010 | KS-JMR | L.C. | Rucker | Eaton | |
| 2:05cv1017 | KS-JMR | Cassandra | | Evans | |
| 2:05cv1019 | KS-JMR | Lucille | | Evans | |
| 2:05cv1029 | -KS-JMR | Tonyia | M. | Fairley | |
| 2:05cv1031 | KS-JMR | Rick | | Flowers | |
| 2:05cv1032 | KS-JMR | Tiffany | M. | Flowers | |
| 2:05cv1039 | -KS-JMR | Sandy | Kay | Foster | |
| 2:05cv1041 | KS-JMR | April | C. | Franklin | |
| 2:05cv1042 | KS-JMR | Jazmine | Lashee | Franklin | |
| 2:05cv1044 | KS-JMR | Sandra | | French | |
| 2:05cv1045 | KS-JMR | Santoria | | French | |
| 2:05cv1053 | -KS-JMR | Ceola | M. | Gaines | |
| 2:05cv1054 | -KS-JMR | Curtis | L. | Gale | |
| 2:05cv1060 | -KS-JMR | Maggie | | Gilbert | |
| 2:05cv1062 | -KS-JMR | Hollie | D | Glass | Jr. |
| 2:05cv1064 | -KS-JMR | Doris | Ann | Glenn | |
| 2:05cv1068 | -KS-JMR | Charisse | F. | Graham | |
| 2:05cv1069 | KS-JMR | Vernell | J. | Graham | |
| 2:05cv1080 | -KS-JMR | Cathy | J. | Gray | |
| 2:05cv1082 | -KS-JMR | Christopher | | Gray | Sr. |
| 2:05cv1081 | -KS-JMR | Christopher | | Gray | Jr. |
| 2:05cv1089 | -KS-JMR | Rogenia | Inez | Green | |
| 2:05cv1091 | -KS-JMR | Torkal | D | Green | |
| 2:05cv1093 | KS-JMR | Ociele | | Griffin | Jr. |
| 2:05cv1094 | KS-JMR | Romonda | P. | Griffin | |
| 2:05cv1110 | -KS-JMR | Tarus | Jermaine | Harris | |
| 2:05cv1151 | KS-JMR | Zhontorica | Cornelia | Hill | |
| 2:05cv1160 | -KS-JMR | Annie | S. | Hinton | |
| 2:05cv1165 | -KS-JMR | Evelyn | | Hinton | |
| 2:05cv1167 | -KS-JMR | Joe | Willie | Hinton | |
| 2:05cv1169 | -KS-JMR | Patricia | | Hinton | |
| 2:05cv1170 | -KS-JMR | Sabrina | | Hinton | |
| 2:05cv1180 | -KS-JMR | Lillie | Mae | Holloway | |
| 2:05cv1182 | -KS-JMR | Tonya | | Holloway | |
| 2:05cv1184 | KS-JMR | Bennie | Rae | Hopkins | |
| 2:05cv1185 | KS-JMR | Chester | | Hopkins | Jr. |
| 2:05cv1187 | KS-JMR | Lawrence | C. | Hopkins | |
| 2:05cv1200 | -KS-JMR | Hollie | | Hudson | |

| Case Number | Judge | First Name | Middle | Last Name | Suffix |
|---|---|---|---|---|---|
| 2:05cv1202 | -KS-JMR | Kashunda | Latrice | Hudson | |
| 2:05cv1204 | -KS-JMR | Debbie | Dolison | Hunter | |
| 2:05cv1211 | -KS-JMR | Kyndell | A. | Ingram | |
| 2:05cv1212 | -KS-JMR | Shantarious | R. | Ingram | |
| 2:05cv1213 | -KS-JMR | Whitney | S. | Ingram | |
| 2:05cv1245 | -KS-JMR | Stevenson | D. | Jackson | |
| 2:05cv1276 | KS-JMR | Frances | Naylor | Johnson | |
| 2:05cv1292 | -KS-JMR | Jason | C | Jones | |
| 2:05cv1300 | -KS-JMR | Sheryl | R | Jones | |
| 2:05cv1302 | -KS-JMR | Betty | B. | Jordan | |
| 2:05cv1353 | KS-JMR | Lenatha | R. | Lang | |
| 2:05cv1366 | KS-JMR | Tara | S. | Lee | |
| 2:05cv1377 | KS-JMR | Manolitto | T. | Leggett | Sr. |
| 2:05cv1394 | KS-JMR | Terry | | Luckett | |
| 2:05cv1399 | KS-JMR | Carrie | B. | Magee | |
| 2:05cv1400 | KS-JMR | Clarence | E | Magee | |
| 2:05cv1416 | KS-JMR | Torjia | C. | Mayfield | |
| 2:05cv1422 | KS-JMR | Kevin | Recario | McClendon | |
| 2:05cv1423 | KS-JMR | Otis | | McClendon | |
| 2:05cv1426 | KS-JMR | Nicole | | McCullum | |
| 2:05cv1427 | KS-JMR | Dexter | James | McCutcheon | |
| 2:05cv1428 | KS-JMR | Milton | | McDuffie | |
| 2:05cv1440 | -KS-JMR | Mildred | L. | McGee | |
| 2:05cv1447 | KS-JMR | Jamerrill | | McGilvery | |
| 2:05cv1453 | KS-JMR | Antoine | | McIntyre | |
| 2:05cv1454 | KS-JMR | Beverly | A. | McIntyre | |
| 2:05cv1458 | KS-JMR | Matthew | C. | McKeller | |
| 2:05cv1459 | KS-JMR | Maurio | Terrell | McKeller | |
| 2:05cv1461 | KS-JMR | Tony | Genio | McKeller | |
| 2:05cv1467 | KS-JMR | Callie | | McLendon | |
| 2:05cv1480 | -KS-JMR | Roger | Lee | Middlebrook | |
| 2:05cv1486 | KS-JMR | Dwight | Alexander | Miles | Jr. |
| 2:05cv1519 | KS-JMR | Rosa | Marie | Moody | |
| 2:05cv1520 | KS-JMR | Dazmond | | Moore | |
| 2:05cv1522 | KS-JMR | Sharon | Ingram | Moore | |
| 2:05cv1523 | KS-JMR | Wilmer | | Moore | Jr. |
| 2:05cv1524 | -KS-JMR | Clemmie | Nelson | Morgan | |
| 2:05cv1525 | -KS-JMR | Jaylon | | Morgan | |

3

| Case No. | Judge | First | Middle | Last | Suffix |
|---|---|---|---|---|---|
| 2:05cv1532 | KS-JMR | Valorie | D. | Motley | |
| 2:05cv1536 | KS-JMR | Luartis | Evans | Muse | |
| 2:05cv1541 | -KS-JMR | Cecil | | Naylor | |
| 2:05cv1542 | -KS-JMR | Jasmine | | Naylor | |
| 2:05cv1543 | -KS-JMR | Katrina | | Naylor | |
| 2:05cv1549 | -KS-JMR | Andre | D. | Nelson | |
| 2:05cv1550 | -KS-JMR | Melindy | Smith | Nelson | |
| 2:05cv1551 | -KS-JMR | Tunga | | Nelson | |
| 2:05cv1555 | -KS-JMR | Mellissa | | Newsome | |
| 2:05cv1558 | -KS-JMR | Patricia | A. | Ngur | |
| 2:05cv1559 | -KS-JMR | Santequia | | Ngur | |
| 2:05cv1569 | -KS-JMR | Larry | Mitchel | Nicks | |
| 2:05cv1603 | -KS-JMR | Angelia | | Payne | |
| 2:05cv1606 | -KS-JMR | Andrew | | Payton | |
| 2:05cv1607 | -KS-JMR | Nina | R. | Pearson | |
| 2:05cv1610 | -KS-JMR | Sandra | A. | Peterson | |
| 2:05cv1618 | -KS-JMR | Andrew | A. | Pittman | Jr |
| 2:05cv1621 | -KS-JMR | Callie | Mae | Pittman | |
| 2:05cv1623 | -KS-JMR | John | Fitzgerald | Pittman | |
| 2:05cv1627 | -KS-JMR | Albert | Leon | Pollard | |
| 2:05cv1628 | -KS-JMR | Alfred | Lee | Poole | |
| 2:05cv1630 | -KS-JMR | Charlotte | M | Poole | |
| 2:05cv1633 | -KS-JMR | Emma | Ruth | Pope | |
| 2:05cv1635 | -KS-JMR | Fritz | LeFler | Pope | |
| 2:05cv1636 | -KS-JMR | Jessie | Otis | Pope | Jr |
| 2:05cv1637 | -KS-JMR | Johnny | L. | Pope | |
| 2:05cv1638 | -KS-JMR | Kesia | Tenisha | Pope | |
| 2:05cv1640 | -KS-JMR | Bernard | F. | Porter | |
| 2:05cv1642 | -KS-JMR | Annie | Pearl | Portis | |
| 2:05cv1643 | -KS-JMR | Rachel | Marie | Portis | |
| 2:05cv1646 | -KS-JMR | Ralphael | | Powell | Jr. |
| 2:05cv1647 | -KS-JMR | Valerie | Lynette | Powell | |
| 2:05cv1650 | -KS-JMR | Aquianetta | Elaine | Price | |
| 2:05cv1653 | -KS-JMR | Mary | A | Pruitt | |
| 2:05cv1654 | -KS-JMR | Albert | Leon | Pugh | |
| 2:05cv1655 | -KS-JMR | Marlon | Leon | Pugh | |
| 2:05cv1672 | -KS-JMR | Rayshun | | Reed | |
| 2:05cv1673 | -KS-JMR | Christie | | Reedy | |

| Case Number | First Name | Middle | Last Name | Suffix |
|---|---|---|---|---|
| 2:05cv1674-KS-JMR | Kedric | A. | Reese | Jr. |
| 2:05cv1675-KS-JMR | Trukissa | N | Reese | |
| 2:05cv1676-KS-JMR | Anna | J | Revies | |
| 2:05cv1678-KS-JMR | Veola | Williams | Rhodes | |
| 2:05cv1681-KS-JMR | Jessie | L. | Richardson | Jr. |
| 2:05cv1686-KS-JMR | Deon | F. | Roberts | |
| 2:05cv1687-KS-JMR | Jennie | A. | Roberts | |
| 2:05cv1692-KS-JMR | Lillie | Ann | Roberts | |
| 2:05cv1694-KS-JMR | Richard | C. | Roberts | Sr. |
| 2:05cv1695-KS-JMR | Rodericke | | Roberts | |
| 2:05cv1697-KS-JMR | Seon | F. | Roberts | |
| 2:05cv1698-KS-JMR | Sharon | Cooley | Roberts | |
| 2:05cv1700-KS-JMR | Jimmie | Lee | Robertson | Sr. |
| 2:05cv1701-KS-JMR | Kathryn | B. | Robertson | |
| 2:05cv1705-KS-JMR | Angela | Barnes | Robinson | |
| 2:05cv1706-KS-JMR | Anthony | Decarlos | Robinson | |
| 2:05cv1707-KS-JMR | Eric | A. | Robinson | |
| 2:05cv1710-KS-JMR | Jackie | Lee | Robinson | Jr. |
| 2:05cv1711-KS-JMR | Jackie | Lee | Robinson | Sr. |
| 2:05cv1715-KS-JMR | Mary | H. | Robinson | |
| 2:05cv1716-KS-JMR | Philisia | | Robinson | |
| 2:05cv1721-KS-JMR | Carlos | B. | Ross | |
| 2:05cv1722-KS-JMR | Darryl | Antonio | Ross | Sr. |
| 2:05cv1729-KS-JMR | Michael | D | Samson | Sr |
| 2:05cv1732-KS-JMR | Shanderica | N. | Sanders | |
| 2:05cv1733-KS-JMR | Jones | | Santana | |
| 2:05cv1736-KS-JMR | Derricka | | Scott | |
| 2:05cv1739-KS-JMR | Kya | | Shabazz | |
| 2:05cv1440-KS-JMR | Victoria | Johnson | Shabazz | |
| 2:05cv1745-KS-JMR | Debbie | Ann | Shelton | |
| 2:05cv1746-KS-JMR | Dennis | | Shelton | |
| 2:05cv1747-KS-JMR | Gloria | | Shelton | |
| 2:05cv1749-KS-JMR | Matthew | David | Shelton | |
| 2:05cv1755-KS-JMR | Carlos | Urin | Simmons | |
| 2:05cv1763-KS-JMR | Cephus | Jerome | Sims | |
| 2:05cv1770-KS-JMR | Vicki | Henry | Sloan | |
| 2:05cv1781-KS-JMR | Debbie | A | Smith | |
| 2:05cv1787-KS-JMR | John | | Smith | Sr. |

5

| Case No. | | First | Middle | Last | Suffix |
|---|---|---|---|---|---|
| 2:05cv1788 | -KS-JMR | Kamry | Creshon | Smith | |
| 2:05cv1789 | -KS-JMR | Kandice | | Smith | |
| 2:05cv1790 | -KS-JMR | Kenisha | Dawn | Smith | |
| 2:05cv1791 | -KS-JMR | Khanlor | LaSean | Smith | |
| 2:05cv1793 | -KS-JMR | K'Tryka | | Smith | |
| 2:05cv1798 | -KS-JMR | Michael | James | Smith | |
| 2:05cv1801 | -KS-JMR | Princess | | Smith | |
| 2:05cv1807 | -KS-JMR | Randy | | Spann | |
| 2:05cv1808 | -KS-JMR | Rickey | Donelie | Spann | |
| 2:05cv1809 | -KS-JMR | Tommy | | Spann | |
| 2:05cv1815 | KS-JMR | Dexter | Schnell | Stewart | |
| 2:05cv1816 | KS-JMR | Sunny | Schnell | Stewart | |
| 2:05cv1824 | -KS-JMR | Betty | Ann | Strugis | |
| 2:05cv1823 | -KS-JMR | Cyrus | M | Sturgis | |
| 2:05cv1825 | -KS-JMR | Gladys | M. | Sturgis | |
| 2:05cv1826 | -KS-JMR | Tevin | D. | Sturgis | |
| 2:05cv1827 | -KS-JMR | Malcolm | | Tart | |
| 2:05cv1828 | -KS-JMR | Ethel | Marie | Tate | |
| 2:05cv1829 | -KS-JMR | Linda | Jean | Tate | |
| 2:05cv1830 | -KS-JMR | Van | S. | Tate, Jr. | |
| 2:05cv1837 | -KS-JMR | Anthony | | Terrell | |
| 2:05cv1842 | -KS-JMR | Anzeo | A. | Thomas | |
| 2:05cv1845 | -KS-JMR | Marcia | Lynn | Thomas | |
| 2:05cv1846 | -KS-JMR | Melody | Denise | Thomas | |
| 2:05cv1850 | -KS-JMR | Minnie | L. | Thompson | |
| 2:05cv1851 | -KS-JMR | Sandra | L | Thompson | |
| 2:05cv1861 | -KS-JMR | Robert | E. | Twillie | |
| 2:05cv1864 | KS-JMR | Crystal | Denise | Varnado | |
| 2:05cv1873 | -KS-JMR | Frankie | Lee | Wade | |
| 2:05cv1875 | -KS-JMR | Barbara | Frances | Walker | |
| 2:05cv1879 | -KS-JMR | Eddie | Lee | Walker | |
| 2:05cv1881 | -KS-JMR | Howard | | Walker | Jr. |
| 2:05cv1884 | -KS-JMR | Keith | E. | Walker | |
| 2:05cv1897 | KS-JMR | Latoya | | Walters | |
| 2:05cv1901 | -KS-JMR | Angela | Renee | Ware | |
| 2:05cv1902 | -KS-JMR | LaToria | | Ware | |
| 2:05cv1903 | -KS-JMR | Thelma | W. | Washington | |
| 2:05cv1904 | -KS-JMR | Illya | L | Watkins | |

6

| Case Number | First Name | Middle | Last Name | Suffix |
|---|---|---|---|---|
| 2:05cv1910-KS-JMR | Annie | V. | White | |
| 2:05cv1912-KS-JMR | Brendasia | C | White | |
| 2:05cv1913-KS-JMR | Curtis | L | White | |
| 2:05cv1915-KS-JMR | Edwin | D. | White | |
| 2:05cv1916-KS-JMR | Jasper | L | White | |
| 2:05cv1919-KS-JMR | Malik | | White | |
| 2:05cv1924-KS-JMR | Zachary | Earl | White | |
| 2:05cv1928-KS-JMR | Jerry | M. | Whitsett | |
| 2:05cv1932-KS-JMR | Angenette | | Williams | |
| 2:05cv1936-KS-JMR | Cassandra | | Williams | |
| 2:05cv1937-KS-JMR | Cha'Keerah | S. | Williams | |
| 2:05cv1938-KS-JMR | Charlie | | Williams | |
| 2:05cv1939-KS-JMR | Clinton | | Williams | |
| 2:05cv1940-KS-JMR | Courtney | V'na | Williams | |
| 2:05cv1941-KS-JMR | Dinah | | Williams | |
| 2:05cv1943-KS-JMR | Edward | | Williams | |
| 2:05cv1945-KS-JMR | Felicia | | Williams | |
| 2:05cv1949-KS-JMR | Janice | | Williams | |
| 2:05cv1950-KS-JMR | Johnnie | S. | Williams | |
| 2:05cv1951-KS-JMR | Kenesha | Tashara | Williams | |
| 2:05cv1952-KS-JMR | Lillian | R. | Williams | |
| 2:05cv1953-KS-JMR | Louis | D. | Williams | |
| 2:05cv1956-KS-JMR | Margie | | Williams | |
| 2:05cv1957-KS-JMR | Nanette | P. | Williams | |
| 2:05cv1959-KS-JMR | Phaon | Vincent | Williams | |
| 2:05cv1960-KS-JMR | Pharon | V. | Williams | Jr. |
| 2:05cv1962-KS-JMR | R. | J. | Williams | |
| 2:05cv1963-KS-JMR | Rebecca | Lynette | Williams | |
| 2:05cv1964-KS-JMR | Richard | | Williams | |
| 2:05cv1976-KS-JMR | Doris | Ann | Wolfe | |
| 2:05cv1985-KS-JMR | Christy | Lynette | Woodland | |
| 2:05cv1987-KS-JMR | Jerry | Wayne | Woodland | |
| 2:05cv1988-KS-JMR | Jimmy | | Woodland | Jr. |
| 2:05cv1989-KS-JMR | Joanna | | Woodland | |
| 2:05cv1990-KS-JMR | Kesa | Diane | Woodland | |
| 2:05cv1991-KS-JMR | Laklyn | N. | Woodland | |
| 2:05cv1992-KS-JMR | Laqwanda | S. | Woodland | |
| 2:05cv1995-KS-JMR | Tiffany | A | Woodland | |

7

| Case | Judge | First | Middle | Last |
|---|---|---|---|---|
| 2:05cv1998 | -KS-JMR | Wanda | N | Woods |
| 2:05cv2000 | -KS-JMR | Clara | B. | Woullard |
| 2:05cv2001 | -KS-JMR | Princess | Sha'vattee | Woullard |
| 2:05cv2011 | -KS-JMR | Peggy | | Yarbrough |
| 2:05cv2012 | KS-JMR | Jermaine | D. | Young |